IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CE'DRICK J. BROWN                                                                                    PLAINTIFF

v.                                          Case No. 6:24-cv-06017

MAJOR FREDRICK OTTS;
SERGEANT B. MORGANN;
and CORPORAL SHANLEVER                                                                   DEFENDANTS

**ORDER**

Before the Court is the Report and Recommendation filed August 8, 2024, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 25). Judge Comstock recommends that Plaintiff Ce'drick J. Brown's ("Plaintiff") Motion to Intervene (ECF No. 24) be denied.

Plaintiff has not responded to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Comstock's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 25) *in toto*. Accordingly, Plaintiff's Motion to Intervene (ECF No. 24) is hereby **DENIED**.

**IT IS SO ORDERED**, this 25th day of October, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge