IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CE'DRICK J. BROWN                                                                                           PLAINTIFF

v.                                    Case No. 6:24-cv-06017

MAJOR FREDRICK OTTS;
SERGEANT B. MORGANN;
and CORPORAL SHANLEVER                                                              DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed October 3, 2024, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 29). Judge Comstock recommends that Plaintiff Ce'drick J. Brown's ("Plaintiff") second Motion to Intervene (ECF No. 26) be denied.

Plaintiff has not responded to the Report and Recommendation, and the time to do so has passed.[1] *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Comstock's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 29) *in toto*. Accordingly, Plaintiff's second Motion to Intervene (ECF No. 26) is hereby **DENIED**.

**IT IS SO ORDERED**, this 25th day of October, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge

---

[1] On October 22, 2024, Plaintiff filed a Motion for Summary Judgment. (ECF No. 33). However, Plaintiff's motion for summary judgment is unrelated and raises no objections to Judge Comstock's Report and Recommendation.